UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CLAIMS MANAGEMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALLIED WORLD SURPLUS LINES INSURANCE COMPANY, <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS | Case No.: 18cv925-JLS(MSB) <br><br> **ORDER SETTING TELEPHONIC CASE MANAGEMENT CONFERENCE** |

A telephonic attorneys-only Case Management Conference was held on June 24, 2019. Pursuant to the discussions during the conference, the Court sets a telephonic attorneys-only Case Management Conference for **July 30, 2019**, at **9:00 a.m.** Plaintiff's counsel is to arrange and initiate the conference call. The telephone number for Judge Berg's chambers is (619) 557-6632.

**IT IS SO ORDERED.**

Dated:  June 24, 2019

Honorable Michael S. Berg
United States Magistrate Judge