1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COOLEY LLP
William V. O'Connor (216650)
(woconnor@cooley.com)
Alexander R. Miller (294474)
(amiller@cooley.com)
4401 Eastgate Mall
San Diego, CA  92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

Gregory Hoffnagle (*pro hac vice*)
55 Hudson Yards
New York, NY 10001
Telephone: (212) 479-6648
Facsimile: (212) 479-6275

Dane R. Voris (281051)
(dvoris@cooley.com)
500 Boylston Street
Boston, MA 02116
Telephone: (617) 937-2300
Facsimile: (617) 937-2400

Attorneys for Plaintiff and Counterclaim-
Defendant AMERICAN CLAIMS
MANAGEMENT, INC.

BROWN & BROWN, INC.
Mark E. King (*pro hac vice*)
Chief Litigation Counsel
(MEKing@bbins.com)
220 South Ridgewood Avenue
Daytona Beach, FL 32115
Telephone: (386) 239-5782
Facsimile: (386) 239-5729

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

AMERICAN CLAIMS
MANAGEMENT, INC.,

          Plaintiff and
          Counterclaim-
          Defendant,

v.

ALLIED WORLD SURPLUS LINES
INSURANCE COMPANY (f/k/a
Darwin Select Insurance Company),

          Defendant and
          Counterclaimant.

Case No.  3:18-cv-00925-JLS-MSB

**MOTION TO FILE DOCUMENTS UNDER SEAL**

Judge:      Hon. Michael S. Berg
Courtroom:  3rd Floor (Schwartz)

**TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

Pursuant to Southern District of California Civil Local Rule 79.2, Plaintiff and Counterclaim-Defendant American Claims Management, Inc. ("ACM") hereby requests that the documents listed below be filed under seal:

- Unredacted version of Joint Motion for Determination of Discovery Dispute ("Joint Motion");

- Exhibit B to the Declaration of Dane Voris in Support of Joint Motion for Determination of Discovery Dispute ("Voris Declaration"); and

- Exhibit A to the Declaration of Guyon H. Knight ("Knight Declaration").

Exhibit B to the Voris Declaration is excerpts from the April 26, 2019 deposition of Kimberly Ashmore in this litigation. Exhibit A to the Knight Declaration is excerpts of Defendant and Counterclaimant Allied World Surplus Lines Insurance Company's ("Allied World") privilege log in this action. Allied World has designated both exhibits "CONFIDENTIAL" under the Order Granting Joint Motion for Entry of Protective Order (ECF No. 36) ("Protective Order"). The unredacted version of the parties' Joint Motion includes quoted material from, or otherwise describes the contents of, the "CONFIDENTIAL" Ashmore transcript.

Dated:    July 1, 2019          COOLEY LLP

By: _s/William V. O'Connor_
     William V. O'Connor (216650)

Attorneys for Plaintiff and Counterclaim-Defendant AMERICAN CLAIMS MANAGEMENT, INC.

207395090