Under Seal

# EXHIBIT C

Declaration of Guyon H. Knight