# Under Seal

# **EXHIBIT D**

# Declaration of Guyon H. Knight