# EXHIBIT K

```
                                                              Page 1
 1              UNITED STATES DISTRICT COURT
 2             SOUTHERN DISTRICT OF CALIFORNIA
 3
 4   AMERICAN CLAIMS MANAGEMENT,        )
     INC.,                              )
 5                                      )
             Plaintiff and              )
 6           Counterclaim-Defendant,    )
                                        )
 7        vs.                           ) Case No.
                                        )
 8   ALLIED WORLD SURPLUS LINES         ) 18-CV-0925 JLS (MSB)
     INSURANCE COMPANY (f/k/a           )
 9   Darwin Select Insurance Company),  )
                                        )
10           Defendant and              )
             Counterclaimant.           )
11   _____)
12
13          VIDEO DEPOSITION OF DHARA PATEL
14                  APRIL 25, 2019
15                SAN DIEGO, CALIFORNIA
16
17
18
19
20
21   Reported by:
22
23   Cynthia J. Vega, RMR, RDR, CSR 6640, CCRR 95
24
25   Job No. 159463
```

Page 2

April 25, 2019

9:36 a.m.

The video deposition of Dhara Patel, a Witness herein, taken on behalf of Defendant and Counterclaimant, held at 4401 Eastgate Mall, in the City of San Diego, County of San Diego, State of California, before Cynthia J. Vega, Certified Shorthand Reporter 6640, Registered Merit Reporter, Registered Diplomate Reporter, California Certified Realtime Reporter 95.

```
 1                       APPEARANCES
 2
 3    For the Plaintiff and Counterclaim-Defendant:
 4    COOLEY
 5    BY:  WILLIAM O'CONNOR, ESQ.
 6    4401 Eastgate Mall
 7    San Diego, California  92121
 8
 9
10
11    For the Defendant and Counterclaimant:
12    QUINN EMANUEL URQUHART & SULLIVAN
13    BY:  JANE BYRNE, ESQ.
14    51 Madison Avenue
15    New York, New York  10010
16
17
18
19    The Videographer:
20    MICHAEL DUARTE
21
22                       *  *  *  *  *
23
24
25
```

# FILED UNDER SEAL



# FILED UNDER SEAL

# FILED UNDER SEAL

# FILED UNDER SEAL