**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7128**

WRITER'S EMAIL ADDRESS
**guyonknight@quinnemanuel.com**

July 29, 2019

<u>VIA ECF & E-MAIL</u>

The Honorable Michael S. Berg
U.S. District Court for the
Southern District of California
Edward J. Schwartz United States Courthouse
221 West Broadway
San Diego, CA 92101
efile_berg@casd.uscourts.gov

Re:   *Am. Claims Mgmt., Inc. v. Allied World Surplus Lines Ins. Co.*,
      <u>No. 18-cv-925-JLS-MSB</u>

Dear Judge Berg:

     I write on behalf of Defendant and Counterclaimant Allied World in advance of the July 30, 2019 conference concerning the deposition of Mark King.  The Middle District of Florida has not yet ruled on Mr. King's and ACM's objections to the order directing Mr. King to sit for a deposition; however, we are concerned that ACM has provided the Florida judge inaccurate information concerning proceedings in this Court, which may affect the timing of that court's decision.

     On June 24, 2019, counsel for Allied World and ACM attended a telephonic status conference with Your Honor.  During that call, counsel for both parties agreed that the deposition of Mr. King would be stayed until July 30, at which time Your Honor would hear a status update and decide how to move forward.  Pursuant to the agreement reached on the June 24 call, the parties jointly moved to amend the scheduling order, and Your Honor granted that application on June 28, 2019.  (Dkt. 68.)  Separately, the parties agreed that ACM's motion to stay that had been filed in Florida would be withdrawn once this Court formally entered its order.  (*See* Knight Decl., Ex. B at 17, 20.)

     However, before the parties could inform the Florida court of these agreements, the Florida court entered its own order staying the deposition of Mr. King until it resolves Mr.

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE | BOSTON | SALT LAKE CITY
LONDON | TOKYO | MANNHEIM | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS | ZURICH | SHANGHAI | PERTH | STUTTGART

King's and ACM's objections.  Given the parties' agreement on the June 24 call, Allied World's counsel asked ACM's counsel to join in a motion to vacate the stay entered in Florida.  (*See id.* at 22-23.)  ACM refused, despite the parties' earlier agreement, forcing Allied World filed its own motion to vacate on July 3, 2019.  (*See id.* at 22.)

On July 17, 2019—the last day for oppositions under Middle District of Florida rules—Mr. King and ACM filed an opposition to Allied World's motion.  That opposition sets forth a version of the proceedings in this Court that Allied World submits is inaccurate.  Specifically, ACM and Mr. King represented:

> While the motion to stay and request to expedite were still pending, ACM and Allied World attended a case management conference with Judge Berg on June 24, 2019.  Following the case management conference, during which ACM raised its concern that this Court had not yet ruled on Mr. King's motion to stay, ACM and Allied World filed a joint motion requesting an extension of certain discovery deadlines and a stay of Mr. King's deposition. The joint motion was filed June 26, 2019—one day before this Court entered its order on June 27, 2019, staying enforcement of the subpoena pending resolution of Mr. King's objection.  Judge Berg granted the parties' joint motion on June 28, 2019, and Mr. King and ACM promptly notified this Court of the ruling.

(Knight Decl., Ex. C at 25 (citations omitted).)  ACM's and Mr. King's opposition does not inform the Florida court that the parties reached an agreement to stay the deposition of Mr. King *during* the June 24 call with Your Honor.  Instead, ACM and Mr. King give the impression that it was unclear whether this Court would issue a stay until Your Honor's June 28 order.  Allied World respectfully submits that this version of events is incorrect and potentially misleading to the Florida court.

In order to remedy the prejudice caused by ACM's and Mr. King's incomplete representations to the Middle District of Florida, Allied World respectfully requests that Your Honor extend the case schedule if ACM's and Mr. King's objections have not been resolved by the discovery deadline set by Your Honor.  Allied World also respectfully requests that Your Honor contact the assigned judge in the Middle District of Florida to convey the substance of the parties' agreement during the June 24, 2019 telephone conference.

Respectfully submitted,

*/s/ Guyon Knight*

Guyon H. Knight

Enclosures

cc:    Counsel of record