1

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT

8                        SOUTHERN DISTRICT OF CALIFORNIA

9

10   AMERICAN CLAIMS MANAGEMENT, INC.,        Case No.:  18cv925-JLS(MSB)

11                              Plaintiff,
                                             **ORDER SETTING TELEPHONIC**
12   v.                                       **DISCOVERY HEARING**

13   ALLIED WORLD SURPLUS LINES
     INSURANCE COMPANY,
14
                               Defendant.
15

16   AND RELATED COUNTERCLAIMS

17

18        Before the Court are the parties' "Joint Motion for Determination of Discovery

19   Dispute" [ECF No. 69] and "Joint Motion for Determination of Discovery Dispute" [ECF

20   No. 73].  The Court will hold a telephonic discovery hearing to address the pending

21   motions on **September 5, 2019**, at **4:30 p.m.**  Counsel for Plaintiff is to arrange the joint

22   call to Magistrate Judge Berg's chambers at (619) 557-6632.

23        **IT IS SO ORDERED.**

24   Dated:  August 23, 2019

25                                           _____

26                                           Honorable Michael S. Berg
                                             United States Magistrate Judge
27

28

                                             1

                                                               18cv925-JLS(MSB)