UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CLAIMS MANAGEMENT, INC.,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>ALLIED WORLD SURPLUS LINES INSURANCE COMPANY,<br><br>　　　　　　　　　　　Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No.: 18cv925-JLS(MSB)<br><br>**ORDER REGARDING DISCOVERY DISPUTES [ECF NOS. 69, 73]** |

On September 5, 2019, the Court held a discovery hearing on the "Joint Motion for Determination of Discovery Dispute" [ECF No. 69] and "Joint Motion for Determination of Discovery Dispute" [ECF No. 73]. For the reasons stated on the record, the Court **DENIES** Plaintiff's motion to compel [ECF No. 69] and **DENIES** Defendant's motion to compel [ECF No. 73].

**IT IS SO ORDERED.**

Dated: September 6, 2019

Honorable Michael S. Berg
United States Magistrate Judge