COOLEY LLP
William V. O'Connor (216650)
(woconnor@cooley.com)
Alexander R. Miller (294474)
(amiller@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

Gregory Hoffnagle (*pro hac vice*)
55 Hudson Yards
New York, NY 10001
Telephone: (212) 479-6648
Facsimile: (212) 479-6275

Dane R. Voris (281051)
(dvoris@cooley.com)
500 Boylston Street
Boston, MA 02116
Telephone: (617) 937-2300
Facsimile: (617) 937-2400

Attorneys for Plaintiff and Counterclaim-
Defendant AMERICAN CLAIMS
MANAGEMENT, INC.

BROWN & BROWN, INC.
Mark E. King (*pro hac vice*)
Chief Litigation Counsel
(MEKing@bbins.com)
220 South Ridgewood Avenue
Daytona Beach, FL 32115
Telephone: (386) 239-5782
Facsimile: (386) 239-5729

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CLAIMS MANAGEMENT, INC.,<br><br>              Plaintiff and Counterclaim-Defendant,<br><br>v.<br><br>ALLIED WORLD SURPLUS LINES INSURANCE COMPANY (f/k/a Darwin Select Insurance Company),<br><br>              Defendant and Counterclaimant. | Case No. 3:18-cv-00925-JLS-MSB<br><br>**ACM'S NOTICE OF OBJECTION AND OBJECTION TO MAGISTRATE JUDGE BERG'S DISCOVERY ORDER UNDER FEDERAL RULE OF CIVIL PROCEDURE 72(A)**<br><br>Date: November 21, 2019<br>Time: 1:30 p.m.<br>Judge: Hon. Janis L. Sammartino<br>Courtroom: 4D |

**TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on November 21, 2019 at 1:30 p.m., or as soon thereafter as this Objection may be heard, in Courtroom 4D before the Honorable Janis L. Sammartino, Plaintiff and Counterclaim-Defendant American Claims Management, Inc. ("ACM"), will and hereby does move the Court for an order sustaining ACM's objection to Magistrate Judge Berg's September 6, 2019 discovery order (Doc. No. 92) pursuant to Federal Rule of Civil Procedure Rule 72(a).

ACM's Objection is based on this Notice of Objection and Objection, the accompanying Memorandum of Points and Authorities and Declaration of William V. O'Connor, all records and papers on file in this action, and any evidence or oral argument offered at any hearing on this Objection.

Dated:     September 20, 2019                  COOLEY LLP

By:  */s/William V. O'Connor*
     William V. O'Connor (216650)

Attorneys for Plaintiff and Counterclaim-Defendant AMERICAN CLAIMS MANAGEMENT, INC.