UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CLAIMS MANAGEMENT, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ALLIED WORLD SURPLUS LINES INSURANCE COMPANY (f/k/a Darwin Select Insurance Company),<br><br>Defendant. | Case No.: 18-CV-925-JLS (MDD)<br><br>**ORDER VACATING HEARING**<br><br>(ECF No. 94) |

Presently before the Court is Defendant's Objection to Magistrate Judge Berg's Discovery Order (ECF No. 94). On its own motion, the Court **VACATES** the hearing currently set for November 21, 2019 at 1:30 p.m. and takes the matter under submission without oral argument pursuant to Civil Local Rule 7.1(d)(1).

**IT IS SO ORDERED.**

Dated: November 19, 2019

Hon. Janis L. Sammartino
United States District Judge