QUINN EMANUEL URQUHART & SULLIVAN, LLP

Amar L. Thakur (SBN 194025)
amarthakur@quinnemanuel.com
5095 Rancho Quinta Bend
San Diego, CA 92130
Tel: (213) 443-3000
Fax: (213) 443-3100

Christopher Tayback (SBN 145532)
christayback@quinnemanuel.com
865 S. Figueroa St., 10th Fl.
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100

Jane M. Byrne (NY 2266443)
janebyrne@quinnemanuel.com
Guyon H. Knight (NY 5003108)
guyonknight@quinnemanuel.com
Jonathan E. Feder (NY 5409172)
jonathanfeder@quinnemanuel.com
Shira A. Steinberg (NY 5695580)
shirasteinberg@quinnemanuel.com
51 Madison Ave., 22nd Fl.
New York, NY 10010
Tel.: (212) 849-7000
Fax: (212) 849-7100

*Attorneys for Defendant Allied World Surplus Lines Insurance Company*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CLAIMS MANAGEMENT, INC.,<br><br>    Plaintiff and Counterclaim-Defendant,<br><br>    v.<br><br>ALLIED WORLD SURPLUS LINES INSURANCE COMPANY (f/k/a Darwin Select Insurance Company),<br><br>    Defendant and Counterclaimant. | Case No. 18-CV-00925 JLS (MSB)<br><br>**MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>Date:        December 19, 2019<br>Time:       1:30 p.m.<br>Judge:      Hon. Janis L. Sammartino<br>Courtroom: Courtroom 4D |

**TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

Pursuant to Southern District of California Civil Local Rule 79.2, Defendant and Counterclaimant Allied World Surplus Lines Insurance Company ("Allied World") hereby requests that the documents listed below be filed under seal:

1. The following exhibits to the Declaration of Guyon H. Knight In Support of Allied World's Motion For Summary Judgment ("Knight Declaration"):

    1.1 Exhibit 85 to the Knight Declaration which has been designated confidential by ACM pursuant to ¶ 4 of the Protective Order (Dkt. 38).

    1.2 Exhibit 86 to the Knight Declaration consisting of excerpted pages from the April 25, 2019 deposition of Dhara Patel designated confidential by ACM under ¶ 6 of the Protective Order (Dkt. 38).

    1.3 Exhibit 89 to the Knight Declaration consisting of excerpted pages from the June 11, 2019 deposition of Robert Schraner designated confidential by ACM under ¶ 6 of the Protective Order (Dkt. 38).

    1.4 Exhibit 90 to the Knight Declaration consisting of excerpted pages from the July 17, 2019 deposition of Dhara Patel as ACM's 30(b)(6) witness designated confidential by ACM under ¶ 6 of the Protective Order (Dkt. 38).

2. An unredacted copy of Allied World's Reply in Further Support Of Its Motion For Summary Judgment, which contains and describes confidential and sealed material from the exhibits to the Knight Declaration listed in ¶ 1 above.

For the foregoing reasons, good cause exists for Allied World's request. Accordingly, on the basis of this motion, on the pleadings in this case, and on such other matters as Allied World may call to the Court's attention, Allied World hereby requests that this Court allow it to file under seal the documents listed in ¶¶ 1-2 above.

| | | |
|---|---|---|
| 1 | DATED:  December 12, 2019 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | | |
| 3 | | By  s/ *Amar Thakur* |
| 4 | | amarthakur@quinnemanuel.com |
| 5 | | Attorneys for Defendant and Counterclaimant Allied World Surplus Lines Insurance Company |