UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CLAIMS MANAGEMENT, INC.,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>ALLIED WORLD SURPLUS LINES INSURANCE COMPANY (f/k/a Darwin Select Insurance Company),<br><br>　　　　　　　　　　　Defendant. | Case No.: 18-CV-925-JLS (MDD)<br><br>**ORDER: (1) VACATING PRETRIAL DEADLINES; AND**<br>**(2) CONTINUING PRETRIAL CONFERENCE** |

On its own motion, the Court **VACATES** the remaining pretrial deadlines and **CONTINUES** the Pretrial Conference, currently scheduled for January 16, 2020. The Court will amend these deadlines and reschedule the Pretrial Conference, if necessary, following its ruling on the pending Motion for Summary Judgment.

**IT IS SO ORDERED.**

Dated:  December 17, 2019

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge