UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CLAIMS MANAGEMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALLIED WORLD SURPLUS LINES INSURANCE COMPANY (f/k/a Darwin Select Insurance Company), <br><br> Defendant. | Case No.: 18-CV-925-JLS (MDD) <br><br> **ORDER (1) DEFERRING RULING ON DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS; AND (2) SETTING HEARING DATE** <br><br> (ECF Nos. 62, 99) |

Presently before the Court is Defendant's Motion for Judgment on the Pleadings (ECF No. 62). After the Parties completed briefing on that motion, Defendant filed a Motion for Summary Judgment (ECF No. 99). While the motions raise the same legal arguments, both Parties have attached material outside the pleadings to their summary judgment briefs. The Court cannot consider matters outside the pleadings when deciding a motion for judgment on the pleadings, *see Qwest Commc'ns Corp. v. City of Berkeley*, 208 F.R.D. 288, 291 (N.D. Cal. 2002) ("Generally, a court may consider only allegations made in the complaint and the answer; extrinsic factual material may not be taken into account."), therefore, if the Court considers the attached material, adjudication of only the Motion for Summary Judgment would be appropriate. Accordingly, the Court **DEFERS RULING ON** Defendant's Motion for Judgment on the Pleadings (ECF No. 62).

1   The Court previously vacated the hearing on the Motion for Judgment on the
2   Pleadings and took the matter under submission (ECF No. 81).  The Court also vacated the
3   hearing on the Motion for Summary Judgment (ECF No. 118) and notified the parties it
4   would reschedule if necessary.  The Court believes that a hearing on both matters together
5   would be beneficial.  Therefore, the Court **SETS** a hearing on the motions for <u>May 21,</u>
6   <u>2020 at 1:30 p.m.</u>

7   **IT IS SO ORDERED.**

8   Dated:  February 21, 2020

*[Signature]*
Hon. Janis L. Sammartino
United States District Judge