QUINN EMANUEL URQUHART & SULLIVAN, LLP

| | |
|---|---|
| Jane M. Byrne (NY 2266443) | Christopher Tayback (SBN 145532) |
| janebyrne@quinnemanuel.com | christayback@quinnemanuel.com |
| Guyon H. Knight (NY 5003108) | 865 S. Figueroa St., 10th Fl. |
| guyonknight@quinnemanuel.com | Los Angeles, CA 90017 |
| Jonathan E. Feder (NY 5409172) | Tel: (213) 443-3000 |
| jonathanfeder@quinnemanuel.com | Fax: (213) 443-3100 |
| Shira A. Steinberg (NY 5695580) | |
| shirasteinberg@quinnemanuel.com | |
| 51 Madison Ave., 22nd Fl. | |
| New York, NY 10010 | |
| Tel.: (212) 849-7000 | |
| Fax: (212) 849-7100 | |

*Attorneys for Defendant Allied World Surplus Lines Insurance Company*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CLAIMS MANAGEMENT, INC., <br><br> Plaintiff and Counterclaim-Defendant, <br><br> v. <br><br> ALLIED WORLD SURPLUS LINES INSURANCE COMPANY (f/k/a Darwin Select Insurance Company), <br><br> Defendant and Counterclaimant. | Case No. 18-CV-00925 JLS (MSB) <br><br> **DECLARATION OF AMAR L. THAKUR** <br><br> Judge:    Hon. Janis L. Sammartino |

I, Amar L. Thakur, am not a party in the above-titled action. I am over the age of 18, have personal knowledge of the facts and events referred to in this Declaration, and am competent to testify to the matters stated below:

1. I am co-counsel of record American Claims Management, Inc. This declaration is made in support of the motion brought seeking the Court's leave to withdraw as co-counsel of record for Plaintiff and Counterclaim-Defendant.

2. I am no longer associated with the firm of Quinn Emanuel Urquhart & Sullivan.

3. Quinn Emanuel Urquhart & Sullivan will continue to serve as counsel for Allied World Surplus Lines Insurance Company.

4. A copy of this motion is being served on the client concurrently with service on co-counsel and the parties.

I declare under penalty of perjury that the foregoing is true and correct.

Executed within the United States on:

DATED: May 29, 2020                    MANATT, PHELPS & PHILLIPS LLP

By s/ *Amar L. Thakur*
Amar L. Thakur
athakur@manatt.com
Bruce Zisser
bzisser@manatt.com
695 Toen Center Drive, 14th Floor
Costa Mesa, CA 92626
Phone: (714) 371-2500
Fax: (714) 371-2550