| | |
|---|---|
| COOLEY LLP<br>William V. O'Connor (216650)<br>(woconnor@cooley.com)<br>Alexander R. Miller (294474)<br>(amiller@cooley.com)<br>4401 Eastgate Mall<br>San Diego, CA  92121<br>Telephone: (858) 550-6000<br>Facsimile: (858) 550-6420<br><br>Gregory Hoffnagle (*pro hac vice*)<br>55 Hudson Yards<br>New York, NY 10001<br>Telephone: (212) 479-6648<br>Facsimile: (212) 479-6275<br><br>Dane R. Voris (281051)<br>(dvoris@cooley.com)<br>500 Boylston Street<br>Boston, MA 02116<br>Telephone: (617) 937-2300<br>Facsimile: (617) 937-2400 | BROWN & BROWN, INC.<br>Mark E. King (*pro hac vice*)<br>Chief Litigation Counsel<br>(MEKing@bbins.com)<br>220 South Ridgewood Avenue<br>Daytona Beach, FL 32115<br>Telephone: (386) 239-5782<br>Facsimile: (386) 239-5729 |

Attorneys for Plaintiff and Counterclaim-Defendant AMERICAN CLAIMS MANAGEMENT, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CLAIMS MANAGEMENT, INC.,<br><br>   Plaintiff and Counterclaim-Defendant,<br><br>v.<br><br>ALLIED WORLD SURPLUS LINES INSURANCE COMPANY (f/k/a Darwin Select Insurance Company),<br><br>   Defendant and Counterclaimant. | Case No.  3:18-cv-00925-JLS-MSB<br><br>**NOTICE OF PUBLICLY FILED DOCUMENTS**<br><br>Date:  July 9, 2020<br>Time:  1:30 p.m.<br>Judge: Hon. Janis L. Sammartino<br>Courtroom:  4D |

**TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

Pursuant to the Court's Order Granting in Part and Denying in Part Plaintiff's Motion to Seal and Denying Defendant's Motions to Seal dated June 9, 2020 (Doc. No. 130), Plaintiff and Counterclaim-Defendant American Claims Management, Inc. ("ACM") respectfully files the attached, unredacted versions of the following exhibits in support of ACM's Opposition to Allied World's Motion for Summary Judgment (Doc. No. 110), previously lodged under seal at Docket Number 109:

- Exhibits 16–19, 26, 28–30, 32–34, 45–46, 48, 53, 55–57, 62–64, 68, and 77 to the Declaration of Dane R. Voris in Support of ACM's Opposition to Defendant's Motion for Summary Judgment (Doc No. 110-1).

ACM also files the attached revised redacted version of ACM's Opposition to Allied World's Motion for Summary Judgment ("ACM's Opposition") reflecting redactions to direct quotes from the sealed exhibits. A new motion to seal the unredacted version of ACM's Opposition is being submitted concurrently herewith.

Dated:   June 16, 2020          COOLEY LLP

                                By:   */s/ William V. O'Connor*
                                      William V. O'Connor (216650)

                                Attorneys for Plaintiff and Counterclaim-Defendant AMERICAN CLAIMS MANAGEMENT, INC.