UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CLAIMS MANAGEMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALLIED WORLD SURPLUS LINES INSURANCE COMPANY (f/k/a Darwin Select Insurance Company), <br><br> Defendant. | Case No.: 18-CV-925 JLS (MSB) <br><br> **ORDER DENYING LEAVE TO SUPPLEMENT RECORD** <br><br> (ECF No. 144) |

Presently before the Court is Plaintiff's Request for Leave to Supplement Record on Defendant's Motion for Summary Judgment (ECF No. 144). Also before the Court is Defendant's Response in Opposition to the Request (ECF No. 145). After reviewing the Parties' arguments and the proposed supplement to the record, the Court **DENIES** the request.

**IT IS SO ORDERED.**

Dated: July 22, 2020

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge