UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CLAIMS MANAGEMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALLIED WORLD SURPLUS LINES INSURANCE COMPANY (f/k/a Darwin Select Insurance Company), <br><br> Defendant. | Case No.: 18-CV-925 JLS (MDD) <br><br> **ORDER GRANTING MOTION TO SEAL** <br><br> (ECF No. 135) |

Presently before the Court is Plaintiff's Motion to Seal (ECF No. 135.) Plaintiff seeks to file under seal an unredacted version of its Opposition to Defendant's Motion for Summary Judgment, which Plaintiff asserts contains direct quotations from documents the Court previously sealed. *Id.* at 2. For the same reasons the Court found those documents appropriate to file under seal, *see* ECF No. 130 at 3, the Court **GRANTS** Plaintiff's Motion. The Clerk of Court **SHALL FILE** Plaintiff's unredacted Opposition under seal.

**IT IS SO ORDERED.**

Dated: July 27, 2020

Hon. Janis L. Sammartino
United States District Judge