UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CLAIMS MANAGEMENT, INC.,<br><br>                           Plaintiff,<br><br>v.<br><br>ALLIED WORLD SURPLUS LINES INSURANCE COMPANY (f/k/a Darwin Select Insurance Company),<br><br>                           Defendant. | Case No.: 18-CV-925 JLS (MSB)<br><br>**ORDER GRANTING JOINT MOTION FOR STAY OF EXECUTION AND APPROVAL OF APPEAL BOND**<br><br>(ECF No. 161) |

Presently before the Court is the Parties' Stipulation and Joint Motion for Stay of Execution and Approval of Appeal Bond (ECF No. 161). In accordance with Federal Rule of Civil Procedure 62(b) and Southern District of California Civil Local Rule 65.1.2, the Court **GRANTS** the Motion and **APPROVES** the appeal bond attached as Exhibit A to the Motion. Plaintiff will deposit the original bond with the clerk's office within five (5) business days after entry of this Order. Execution on the judgment entered in this action on October 6, 2020 (*see* ECF No. 153), including any proceedings to enforce the judgment,

///
///
///
///
///

1  are hereby **STAYED** pending determination of Plaintiff's appeal of the judgment to the
2  United States Court of Appeals for the Ninth Circuit.
3      **IT IS SO ORDERED.**
4  Dated: November 9, 2020

Hon. Janis L. Sammartino
United States District Judge