# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CLAIMS MANAGEMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALLIED WORLD SURPLUS LINES INSURANCE COMPANY (f/k/a Darwin Select Insurance Company), <br><br> Defendant. | Case No.: 18-CV-925 JLS (MSB) <br><br> **ORDER (1) RECUSING FROM CASE AND (2) REQUESTING REASSIGNMENT** |

The undersigned **HEREBY RECUSES** from this case and **REQUESTS** that another District Judge be assigned.

**IT IS SO ORDERED.**

Dated: June 6, 2022

Hon. Janis L. Sammartino
United States District Judge